STEPHANIE YONAKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DAVID A DEJUTE
Assistant United States Attorney
California State Bar No. 153527
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2574
    Facsimile: (213) 894-7819
    Email: david.dejute@usdoj.gov

Attorneys for John McHugh,
Secretary of the Army

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SOFJAN BAHAUDIN,<br><br>       Plaintiff,<br><br>  vs.<br><br>JOHN McHUGH, Secretary of<br>The Army,<br><br>       Defendant. | Case No.: CV 13-8880 JFW (PLAx)<br><br>**JUDGMENT** |

      Whereas Defendant, John McHugh, Secretary of the Army, moved this Court for an Order granting summary judgment upon the grounds that the terms of the Settlement Agreement in this matter have been completely fulfilled;

      Whereas the Court having now issued its Statement of Decision, dated September 17, 2014, Docket No. 40, detailing its ruling on the issues raised in Defendant's motion, hereby decrees as follows:

      IT IS HEREBY ORDERED AND ADJUDGED that the Motion for Summary Judgment brought by Defendant, John McHugh, Secretary of the Army,

1

as against Plaintiff, Sofjan Bahaudin, is GRANTED, and summary judgment is hereby entered in favor of Defendant John McHugh, Secretary of the Army.

DATED:  September 23, 2014

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

STEPHANIE YONAKURA
Acting United States Attorney
LEON WEIDMAN
Assistant United States Attorney
Chief, Civil Division

*/s/ David DeJute*
DAVID DEJUTE
Assistant United States Attorney
Attorneys for Defendant John McHugh, Secretary of the Army